UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AMAZON.COM SERVICES LLC, | : |
| | : |
| Plaintiff, | :   Court No. 25-00009 |
| | : |
| v. | : |
| | : |
| UNITED STATES, | : |
| Defendant. | : |
| | : |

### NOTICE OF SUBSTITUTION OF ATTORNEY

PLEASE TAKE NOTICE that Nico Gurian hereby enters his appearance as attorney of record for the United States, defendant, in the above-captioned action, and requests that all papers in connection therewith be referred to his attention. Mr. Brandon A. Kennedy may be removed as an attorney of record in this matter.

Respectfully submitted,

YAAKOV M. ROTH
Acting Assistant Attorney General
Civil Division

PATRICIA M. McCARTHY
Director

BY:    /s/ Justin R. Miller
JUSTIN R. MILLER
Attorney-in-Charge
International Trade Field Office

/s/ Nico Gurian
NICO GURIAN
Trial Attorney
Department of Justice, Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, New York 10278
Attorneys for Defendant
Dated: February 27, 2025      (212) 264-0583 or 9230